No. 89–915.   TENNESSEE *v.* CAUTHERN.   Sup. Ct. Tenn. Certiorari denied.

No. 89–960.   TIDELAND WELDING SERVICE ET AL. *v.* SAWYER ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 89–1212.   DAVIS *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 8th Cir.   Certiorari denied.

No. 89–1223.   INDEPENDENT U. S. TANKER OWNERS COMMITTEE ET AL. *v.* SKINNER, SECRETARY OF TRANSPORTATION, ET AL. C. A. D. C. Cir.   Certiorari denied.

No. 89–1228.   LOCAL 54, HOTEL EMPLOYEES & RESTAURANT EMPLOYEES INTERNATIONAL UNION, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 3d Cir.   Certiorari denied.

No. 89–1311.   CARBAUGH, COMMISSIONER, DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES OF VIRGINIA *v.* TELCO COMMUNICATIONS, INC.   C. A. 4th Cir.   Certiorari denied.

No. 89–1375.   BP EXPLORATION (ALASKA) INC. ET AL. *v.* BAILY, ATTORNEY GENERAL OF ALASKA, ET AL.   C. A. 9th Cir. Certiorari denied.

No. 89–1376.   POLYAK *v.* HULEN ET AL.; POLYAK *v.* HULEN ET AL.; POLYAK *v.* HAMILTON; and POLYAK *v.* BUFORD EVANS & SONS.   C. A. 6th Cir.   Certiorari denied.

No. 89–1379.   ALSTON ET AL. *v.* GENERAL MOTORS CORP. C. A. 4th Cir.   Certiorari denied.

No. 89–1381.   ENDRESS *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.